# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| EXECUTIVE CONSULTATIVE SERVICES, INC.; ELITIST, INC.; ROBERT C. SILKEY; JERRY KATZMAN, M.D.; AND PEGGY HUSTED,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GARY BERNSTEIN, RGC JOINT VENTURE; KAGAN VENTURES; REVEREND GREG DAVIS; INCEPTION LLC; SILVER SOL PRINCIPAL FOUNDER, DEVELOPER RESEARCHER, PROMOTER AND MANUFACTURER; DHMS, LLC; GORDON PEDERSON; JOHN "CHRIS" RITCHASON; PAMELA RITCHASON; RODNEY SAMPSON; JERROLD FRANK; FOOD FOR HEALTH INTERNATIONAL LLC; FRANK DAVIS; and JOHN DOES 1-100, et al.,<br><br>　　　　Defendants. | Case No.: SACV 11-01432-CJC(ANx)<br><br><br><br><br><br>JUDGMENT |

///

///

DEFAULT JUDGMENT

In accordance with the Order Granting in Part and Denying in Part Plaintiffs' Second Application for Default Judgment issued by the Court on September 14, 2012,

The Defendant Gary Bernstein having failed to plead or otherwise defend in this action, and default having been entered; upon application of Plaintiff Executive Consultative Services, Inc. and upon affidavit that Mr. Bernstein is indebted to Executive Consultative Services, Inc. in the principal sum of $70,000; that Mr. Bernstein has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain; it is hereby

ORDERED AND ADJUDGED that Plaintiff Executive Consultative Services, Inc. recover of Defendant Gary Bernstein the sum of $70,000 plus costs according to law.

DATED:   September 14, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE